Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA SLOATMAN, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>SMARTFINANCIAL GROUP, UNITED STATES INSURANCE, and DOES 1 through 10, inclusive, and each of them,<br>Defendant. | Case No. **2:17-cv-07711-JAK-GJS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AGAINST DEFENDANT UNITED STATES INSURANCE ONLY** |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter AGAINST DEFENDANT UNITED STATES INSURANCE ONLY without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P. Respectfully submitted this 9th Day of February, 2018,

                              By: s/Todd M. Friedman, Esq.
                                 TODD M. FRIEDMAN
                                 Attorney for Plaintiff

Filed electronically on this 9th Day of February, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

And all Counsel of Record on ECF.

This 9th Day of February, 2018.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN