Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA SLOATMAN, individually, and on behalf of other members of the general public similarly situated, | Case No. 2:17-cv-07711-JAK-GJS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| SMARTFINANCIAL GROUP, UNITED STATES INSURANCE, and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 22 March 2018

By: s/ Todd M. Friedman
TODD M. FRIEDMAN

Notice of settlement - 1

Notification sent electronically via the Court's ECF system to:

Filed electronically on this 22nd Day of March, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Hon. John A. Kronstadt

United States District Court
CENTRAL DISTRICT of California

And all counsel registered on ECF.

                                          This 22nd Day of March, 2018.

                                          <u>s/Todd M. Friedman Esq.</u>
                                          TODD M. FRIEDMAN