Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA SLOATMAN, individually and on behalf of all others similarly situated, Plaintiff, <br><br> vs. <br><br> SMARTFINANCIAL GROUP, UNITED STATES INSURANCE, and DOES 1 through 10, inclusive, and each of them, Defendant. | Case No. **2:17-cv-07711-JAK-GJS** <br><br> **NOTICE OF WITHDRAWAL OF DOCUMENT** |

PLEASE TAKE NOTICE that Document [24] of the Case Docket, was erroneously filed in that the document was filed in error due to a clerical error. We respectfully request the Honorable Court to disregard and remove Docket No. [24] as a wrong filing.

Respectfully submitted this 22nd Day of March, 2018,

By: s/Adrian R. Bacon, Esq.
Adrian R. Bacon
Attorney for Plaintiff

Notice of Withdrawal- 1

Filed electronically on this 22nd Day of March, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

And all Counsel of Record on ECF.

This 22nd Day of March, 2018.

s/Adrian R. Bacon, Esq.
Adrian R. Bacon