# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA SLOATMAN, individually and on behalf of all others similarly situated, Plaintiff, <br><br> vs. <br><br> SMARTFINANCIAL GROUP, UNITED STATES INSURANCE, and DOES 1 through 10, inclusive, and each of them, Defendant. | Case No. **2:17-cv-07711-JAK-GJS** <br><br> **ORDER RE NOTICE OF WITHDRAWAL OF DOCUMENT** |

On March 22, 2018, a Notice of Settlement was filed (Dkt. 24) (the "Notice). That same day, a Notice of Withdrawal of the Notice was filed. Dkt. 25. The Notice of Withdrawal requests the Court to withdraw the Notice from the docket. Once a document is filed on the docket, it cannot be removed. However, the docket can be altered to reflect the status of a document. Accordingly, the

///

///

Notice of Withdrawal is DENIED. The docket text has been altered to note that the Notice has been withdrawn. Dkt. 24.

IT IS SO ORDERED.

Dated: April 4, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE