# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA SLOATMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMARTFINANCIAL GROUP, UNITED STATES INSURANCE, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.<br>**2:17-cv-07711-JAK-GJS**<br><br>**ORDER RE STIPULATION TO DISMISS CASE**<br><br>**JS-6** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, LALA SLOATMAN, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 6, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE